2024R00723/KML

**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SEP 23 2025

AT 11:17 AM
CLERK, U.S. DISTRICT COURT - DNJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael E. Farbiarz |
| | : | |
| v. | : | Crim. No. 25-567 |
| | : | |
| | : | 18 U.S.C. § 922(g)(1) |
| JERRELL CHRISTOPHER | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |

# INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

### COUNT ONE
(Possession of a Firearm by a Convicted Felon)

On or about July 20, 2024, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**JERRELL CHRISTOPHER,**

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, a 12-gauge shotgun, bearing serial number L814290, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
(Possession with Intent to Distribute Controlled Substances)

On or about July 20, 2024, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**JERRELL CHRISTOPHER,**

did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION ONE

Upon conviction of the firearms offense in violation of Title 18, United States Code, Section 922(g)(1), as charged in Count One of this Indictment, the defendant,

### JERRELL CHRISTOPHER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of such offense, including, but not limited to, the following:

    a.    one 12-gauge shotgun, bearing serial number L814290; and

    b.    seven rounds of 12-gauge shotgun ammunition.

## FORFEITURE ALLEGATION TWO

Upon conviction of the controlled substance offense in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), as charged in Count Two of this Indictment, the defendant,

**JERRELL CHRISTOPHER,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of such offense, including any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense alleged in Count Two of this Indictment.

## SUBSTITUTE ASSETS PROVISION
### (Applicable to All Forfeiture Allegations)

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A TRUE BILL

TODD BLANCHE
U.S. Deputy Attorney General

*Alina Habba /RLW*
ALINA HABBA
Acting United States Attorney
Special Attorney

*Kelly Lyons*
KELLY M. LYONS
Assistant United States Attorney

5

CASE NUMBER: 25 - 567

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

JERRELL CHRISTOPHER

INDICTMENT FOR

18 U.S.C. § 922(g)(1)
21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

A True Bill,

███████████████████

TODD BLANCHE
UNITED STATES DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY

KELLY M. LYONS
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
(973) 202-3054