TO: Honorable Michael A. Hammer
United States Magistrate Judge

September, 23,

25-cr-567

RE: dismissal of Counsel

I would like to respectfully request to dismiss my attorney off my case. Because she is for me or my case. In addition the attorney client privilege has been broken at this point, and I don't want my life in this Attorney hands. Finally I would like the courts to appoint me a new attorney or allow me to put my own defence at court..
The sixth Amendment required All Petitioners have effective assistence of counsel.

[signature]

Jerell M Christopher #373941
30-35 Hackensack ave
South Kearny, New Jersey 07032

Legal Mail

XRAYED

To: Honorable Michael A. Hamme-
United States Magistrate Judge
District of New Jersey
Newark, New Jersey 07101

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2025 SEP 26 P

FIRST-CLASS
ZIP 97306
02 7W
0000380597 SEP 23 2025
US POSTAGE $000.74⁰